GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046,
  EDettmer@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California  94105-2933

Attorneys for Defendants
CADENCE DESIGN SYSTEMS, INC.,
MICHAEL J. FISTER, WILLIAM
PORTER, AND KEVIN S. PALATNIK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGHUI HU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC., MICHAEL J. FISTER, WILLIAM PORTER and KEVIN S. PALATNIK,<br><br>Defendant. | CASE NO. CV 08-4966 SC<br><br>STIPULATION TO ENLARGE TIME TO ANSWER OR RESPOND TO COMPLAINT |

WHEREAS, on October 29, 2008, Plaintiff Changhui Hu filed a complaint in this Court naming as defendants Cadence Design Systems, Inc. ("Cadence"), Michael J. Fister, William Porter, and Kevin S. Palatnik (together "Defendants");

WHEREAS, another complaint has been filed against Cadence and certain of the additional defendants in this Court containing similar allegations;

WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed that Defendants need not answer or otherwise respond to the actions filed against Defendants until after a lead plaintiff is selected and a consolidated amended complaint is filed and served on Defendants.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between Plaintiff and Defendants that the time by which Defendants must answer or otherwise respond in the above-captioned action is extended until after the Court's order selecting a lead

1  plaintiff and the filing of a consolidated amended complaint in this action.  In the event that Plaintiff
2  Hu is determined to be lead plaintiff, Defendants will have 45 days after the filing of the consolidated
3  amended complaint to file their response.  Plaintiff will have 45 days after the filing of the response
4  to file any opposition, and Defendants will have 30 days in which to file any reply.

DATED:  November 24, 2008

                                GIBSON, DUNN & CRUTCHER LLP

                                By:         /s/ Ethan D. Dettmer
                                           Ethan D. Dettmer

                                Attorneys for Defendants
                                CADENCE DESIGN SYSTEMS, INC., MICHAEL J.
                                FISTER, WILLIAM PORTER and KEVIN S. PALATNIK

DATED:  November 24, 2008

                                MILBERG LLP

                                By:         /s/ Jeff S. Westerman
                                           Jeff S. Westerman

                                Attorneys for Plaintiff
                                CHANGHUI HU

100550739_1.DOC

plaintiff and the filing of a consolidated amended complaint in this action. In the event that Plaintiff Hu is determined to be lead plaintiff, Defendants will have 45 days after the filing of the consolidated amended complaint to file their response. Plaintiff will have 45 days after the filing of the response to file any opposition, and Defendants will have 30 days in which to file any reply.

DATED: 11-24-08

GIBSON, DUNN & CRUTCHER LLP

By: _____
Ethan Dettmer

Attorneys for Defendants
CADENCE DESIGN SYSTEMS, INC., MICHAEL J. FISTER, WILLIAM PORTER and KEVIN S. PALATNIK

DATED: 11-24-08

MILBERG LLP

By: _____
Jeff S. Westerman

Attorneys for Plaintiff
CHANGHUI HU

100550739_1.DOC

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA