COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
shirleyh@csgrr.com
    – and –
BRIAN O. O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bo'mara@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGHUI HU, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>CADENCE DESIGN SYSTEMS, INC., et al.,<br><br>                Defendants. | No. 3:08-cv-04966-SC<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE |

1

For the reasons set forth herein, proposed lead plaintiffs Changhui Hu, Anchorage Police and Fire Retirement System and Alaska Electrical Pension Fund on behalf of themselves and others similarly situated, and defendants Cadence Design Systems, Inc. ("Cadence" or the "Company"), Michael J. Fister, John B. Shoven, Kevin S. Palatnik, and William Porter (collectively the "defendants") hereby stipulate and agree, and request that the Court vacate the February 6, 2009 Case Management Conference.

WHEREAS, on October 29, 2008, plaintiff Changhui Hu filed the above captioned case *Hu v. Cadence Design Systems, Inc., et al.*, 3:08-cv-04966-SC.

WHEREAS on October 29, 2008, the Court set a Case Management Conference for February 6, 2009, at 10:00 a.m.

WHEREAS on October 30, 2008, the plaintiff in *Hu v. Cadence Design Systems, Inc., et al.*, 3:08-cv-04966-SC caused notice to be published.

WHEREAS pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*, any member of the proposed class who wishes to serve as the lead plaintiff must move the Court for appointment as lead plaintiff within 60 days of the publication of notice.

WHEREAS on November 24, 2008, plaintiff Hu and defendants entered into a stipulation by which defendants are not required to respond to any complaint until after a lead plaintiff is appointed and a consolidated complaint is filed.

WHEREAS on December 29, 2008, within 60 days of the publication of notice of the first-filed action, 3 motions for consolidation, appointment as lead plaintiff and approval of lead plaintiff's selection of counsel were filed.

WHEREAS, the undersigned believes that the interests of judicial efficiency and the conservation of judicial and private resources would be best served by the rescheduling of the Case Management Conference until after the Court appoints a lead plaintiff.

NOW THEREFORE, the parties to this action, by and through their attorneys, hereby stipulate and agree that:

1. The Case Management Conference currently scheduled for February 6, 2009 is vacated.

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE AND
BRIEFING SCHEDULE - 3:08-cv-04966-SC - 1 -

2.      Lead plaintiff and defendants shall confer within seven days of the appointment of lead plaintiff to establish a briefing schedule concerning the filing of a consolidated complaint and defendants' response to the consolidated complaint.

IT IS SO STIPULATED.

DATED: January 28, 2009

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
BRIAN O. O'MARA

_____
BRIAN O. O'MARA

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
SHIRLEY H. HUANG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for Plaintiffs

DATED: January 23, 2009

ETHAN DETTMER
GIBSON, DUNN & CRUTCHER LLP

_____
ETHAN DETTMER

555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415/393-8200
415/986-5309 (fax)

Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE AND
BRIEFING SCHEDULE - 3:08-cv-04966-SC                                                                             - 2 -

| | | |
|---|---|---|
| 1 | DATED: January __, 2009 | MILBERG LLP<br>JEFF S. WESTERMAN<br>KAREN T. ROGERS |
| 2 | | |

*Karen Rogers* w/permission BOO

KAREN T. ROGERS

300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: 213/617-1200
213/617-1975 (fax)

Attorneys for [Proposed] Lead Plaintiff
Changhui Hu

DATED: January __, 2009

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
BLAIR A. NICHOLAS

*Blair Nicholas* w/permission BOO

BLAIR A. NICHOLAS

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
GERALD H. SILK
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: 212/554-1400
212/554-1444 (fax)

Attorneys for [Proposed] Lead Plaintiff
Anchorage Police and Fire Retirement System

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: 2/2/09 _____
THE HONORABLE _____
UNITED STATES _____

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

S:\CasesSD\Cadence 08\STP00056962.doc

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE AND
BRIEFING SCHEDULE - 3:08-cv-04966-SC     - 3 -

## Mailing Information for a Case 3:08-cv-04966-SC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Ethan D. Dettmer**
  edettmer@gibsondunn.com,psaunders@gibsondunn.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Shirley H. Huang**
  shirleyh@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com

- **Karen T. Rogers**
  krogers@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Jeff S. Westerman**
  jwesterman@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`