UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CADENCE DESIGN SYSTEMS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>CASE NOS. 08-4966 SC, 08-5027 SC, and 08-5273 SC | No. C-08-4966 SC<br><br>ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD COUNSEL |

Three related actions are pending before the Court: <u>Hu v. Cadence Design Systems, Inc., et al</u>, C-08-4966 SC; <u>Vyas v. Cadence Design Systems, Inc., et al</u>, C-08-5027; and <u>Collins v. Cadence Design Systems, Inc., et al</u>, C-08-5273. All three actions share common questions of law and fact. Pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court therefore CONSOLIDATES these actions to preserve judicial resources and minimize the costs to the parties. The consolidated case shall henceforth be referred to as "<u>In re Cadence Design Systems, Inc. Securities Litigation</u>." All documents shall be filed under case number C-08-4966 SC.

Before the Court is the Motion for Consolidation, Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel ("Motion"), filed by the Alaska Electrical Pension Fund ("Alaska Electrical"). Docket No. 22. After review of Alaska Electrical's supporting memoranda and declarations, and in light of other plaintiffs' withdrawal of their respective motions for the same,

the Court hereby GRANTS the Motion and appoints Alaska Electrical as the Lead Plaintiff.  See 15 U.S.C. § 78u-4(a)(3)(B)(i) (on motion by purported class member, the court "shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of class members").

As Lead Plaintiff, Alaska Electrical is authorized by statute to select and retain counsel to represent the class, subject to the Court's approval.  15 U.S.C. § 78u-4(a)(3)(B)(v).  Alaska Electrical has selected the law firm Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") as Lead Counsel.  See Mot. at 6. The Court is confident that Coughlin Stoia will diligently represent the members of the purported class.  The Court therefore GRANTS Alaska Electrical's Motion with respect to the selection of Lead Counsel.

IT IS SO ORDERED.

Dated: March 4, 2009

UNITED STATES DISTRICT JUDGE