COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
SHIRLEY H. HUANG (206854)
JASON C. DAVIS (253370)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
shirleyh@csgrr.com
jasond@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CADENCE DESIGN SYSTEMS, INC. SECURITIES LITIGATION | ) No. CV-08-4966 SC )<br>) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER<br>) REGARDING CASE SCHEDULE<br>)<br>) |

| | |
|---|---|
| 1 | WHEREAS, the initial complaint in this action was filed on October 29, 2008; |
| 2 | WHEREAS, on March 4, 2009, the Court entered an Order Consolidating Cases, Appointing |
| 3 | Lead Plaintiff, and Approving Selection of Lead Counsel ("Order"); |
| 4 | WHEREAS, in the Order, the Court consolidated three related actions pending before the |
| 5 | Court: *Hu v. Cadence Design Systems, Inc., et al.*, C-08-4966 SC; *Vyas v. Cadence Design Systems,* |
| 6 | *Inc., et al.*, C-08-5027; and *Collins v. Cadence Design Systems, Inc., et al.*, C-08-5273; |
| 7 | WHEREAS, in the Order, the Court appointed Alaska Electrical Pension Fund ("Alaska |
| 8 | Electrical") as the lead plaintiff; |
| 9 | WHEREAS, the Order requires the parties to submit a schedule for filing a consolidated |
| 10 | complaint and a schedule for responsive pleadings; |
| 11 | WHEREAS, Alaska Electrical intends to file a single consolidated complaint; |
| 12 | WHEREAS, the parties have met and conferred about a reasonable but expeditious schedule |
| 13 | for filing the amended, consolidated complaint and defendants' responsive pleading as follows: |
| 14 | The parties hereto hereby STIPULATE and AGREE as follows subject to the approval of the |
| 15 | Court: |
| 16 | 1. Lead plaintiff shall file a consolidated complaint no later than April 24, 2009; |
| 17 | 2. Defendants shall have forty-five (45) days or until June 8, 2009 after the service of |
| 18 | the consolidated complaint to file a responsive pleading; |
| 19 | 3. Lead plaintiff shall have forty-five (45) days or until July 23, 2009 after the service of |
| 20 | the responsive pleading to file an opposition; and |
| 21 | 4. Defendants shall have twenty (20) days or until August 12, 2009 after service of the |
| 22 | opposition to file a reply. |

DATED: March 10, 2009

               COUGHLIN STOIA GELLER
                 RUDMAN & ROBBINS LLP
               SHAWN A. WILLIAMS
               SHIRLEY H. HUANG
               JASON C. DAVIS

                        /s/
                    SHIRLEY H. HUANG

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE - CV-08-4966 SC  - 1 -

|   |   |   |
|---|---|---|
| | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax) | |
| | Lead Counsel for Plaintiff | |
| DATED: March 10, 2009 | GIBSON, DUNN & CRUTCHER LLP<br>ETHAN DETTMER | |

                                        /s/
                             ETHAN DETTMER

                  555 Mission Street, Suite 3000
                  San Francisco, CA 94105-2933
                  Telephone: 415/393-8200
                  415/393-8306 (fax)

                  WAYNE W. SMITH
                  3161 Michelson Drive
                  Irvine, CA 92612-4412
                  Telephone: 949/451-3800
                  949/451-4220 (fax)

                  TIMOTHY K. ROAKE
                  SALLY BERENS
                  1881 Page Mill Road
                  Palo Alto, CA 94304-1211
                  Telephone: 650/849-5300
                  650/849-5333 (fax)

                  Attorney for Defendants

    I, Shirley H. Huang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Case Schedule. In compliance with General Order 45, X.B., I hereby attest that Ethan Dettmer has concurred in this filing.

                  \*    \*    \*

### O R D E R

    Based on the Stipulation of the parties, and good case appearing therefore, IT IS HEREBY ORDERED:

    1.    Lead plaintiff shall file a consolidated complaint no later than April 24, 2009;

    2.    Defendants shall have forty-five (45) days or until June 8, 2009 after the service of the consolidated complaint to file a responsive pleading;

3. Lead plaintiff shall have forty-five (45) days or until July 23, 2009 after the service of the responsive pleading to file an opposition; and

4. Defendants shall have twenty (20) days or until August 12, 2009 after service of the opposition to file a reply.

IT IS SO ORDERED.

DATED: __March 10, 2009_____  _____
THE HON. SAMUEL CONTI
UNITED STATES DISTRICT SENIOR JUDGE



S:\CasesSD\Cadence 08\STP00057911.doc

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2009.

/s/
SHIRLEY H. HUANG
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:shuang@csgrr.com

## Mailing Information for a Case 3:08-cv-04966-SC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Ethan D. Dettmer**
  edettmer@gibsondunn.com,psaunders@gibsondunn.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Shirley H. Huang**
  shirleyh@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Matthew Paul Montgomery**
  mattm@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Karen T. Rogers**
  krogers@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Jeff S. Westerman**
  jwesterman@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J. Kowalewski
Coughlin Stoia Geller Rudman & Robbins LLP
655 W Broadway #1900
San Diego, CA 92101
```