GIBSON, DUNN & CRUTCHER LLP
TIMOTHY K. ROAKE, SBN 99539
troake@gibsondunn.com
SALLY J. BERENS, SBN 218880
sberens@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
MATTHEW S. KAHN, SBN 261679
mkahn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
CADENCE DESIGN SYSTEMS, INC., MICHAEL J. FISTER, KEVIN S. PALATNIK, WILLIAM PORTER and KEVIN BUSHBY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CADENCE DESIGN SYSTEMS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | CASE NO. C-08-4966<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE |

WHEREAS, the initial complaint in this action was filed on October 29, 2008;

WHEREAS, on March 4, 2009, the Court entered an Order consolidating the three related cases, appointing Alaska Electrical Pension Fund as the lead plaintiff ("Lead Plaintiff"), and approving the selection of Lead Counsel;

WHEREAS, on April 24, 2009, Lead Plaintiff filed a consolidated complaint;

WHEREAS, on September 11, 2009, the Court entered an order dismissing the consolidated complaint without prejudice;

WHEREAS, on October 13, 2009, Lead Plaintiff filed a First Amended Complaint;

WHEREAS, the parties have met and conferred regarding a reasonable and expeditious schedule for defendants' responsive pleading and related briefing;

The parties hereto hereby STIPULATE and AGREE as follows, subject to the approval of the Court:

1. Defendants shall file their motion to dismiss or other responsive pleading on or before November 20, 2009;

2. Lead Plaintiff shall file its opposition to defendants' motion to dismiss, if any, on or before December 23, 2009;

3. Defendants shall file their reply brief in support of their motion to dismiss, if any, on or before January 19, 2010; and

4. The hearing on defendants' motion to dismiss shall be set for 10:00 a.m. on February 5, 2010, which date and time have been reserved with the Court.

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: October 19, 2009 | GIBSON, DUNN & CRUTCHER LLP |

                                        /s/
                              ETHAN D. DETTMER

                              555 Mission Street, Suite 3000
                              San Francisco, California 94105-2933
                              Telephone:  (415) 393-8200
                              Facsimile (415) 393-8306

                              TIMOTHY K. ROAKE
                              SALLY J. BERENS
                              1881 Page Mill Road
                              Palo Alto, California 94304-1211
                              Phone: (650) 849-5300
                              Facsimile: (650) 849-5333

                              Attorneys for Defendants

DATED:  October 19, 2009       COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP

                                        /s/
                              SHIRLEY H. HUANG

                              100 Pine Street, Suite 2600
                              San Francisco, CA  94111
                              Telephone:  415/288-4545
                              415/288-4534 (fax)

                              Lead Counsel for Plaintiffs

I, Ethan D. Dettmer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Case Schedule.  In compliance with General Order 45, X.B., I hereby attest that Shirley H. Huang has concurred in this filing.

Stipulation and Proposed Order.DOC

**O R D E R**

Based on the Stipulation of the parties, and good case appearing therefore, IT IS HEREBY ORDERED:

1. Defendants shall file their motion to dismiss or other pleading responsive to the First Amended Complaint on or before November 20, 2009;

2. Lead Plaintiff shall file its opposition to the motion to dismiss, if any, on or before December 23, 2009; and

3. Defendants shall file their reply brief, if any, on or before January 19, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 20, 2009



THE HONORABLE
UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE        CASE NO. C-08-4966

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 19, 2009.

/s/
ETHAN D. DETTMER
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone:  (415) 393-8200
Facsimile (415) 393-8306
E-mail: edettmer@gibsondunn.com

# Mailing Information for a Case 3:08-cv-04966-SC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Ethan D. Dettmer**
  edettmer@gibsondunn.com,psaunders@gibsondunn.com,mjanky@gibsondunn.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Shirley H. Huang**
  shirleyh@csgrr.com,jdecena@csgrr.com,vcordial@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Matthew Stewart Kahn**
  MKahn@gibsondunn.com

- **Matthew Paul Montgomery**
  mattm@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Karen T. Rogers**
  krogers@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Jeff S. Westerman**
  jwesterman@milberg.com,cchaffins@milberg.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,vcordial@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J. Kowalewski
Coughlin Stoia Geller Rudman & Robbins LLP
655 W Broadway #1900
San Diego, CA 92101
```