GIBSON, DUNN & CRUTCHER LLP
TIMOTHY K. ROAKE, SBN 99539
troake@gibsondunn.com
SALLY J. BERENS, SBN 218880
sberens@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
MATTHEW S. KAHN, SBN 261679
mkahn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
CADENCE DESIGN SYSTEMS, INC., MICHAEL
J. FISTER, KEVIN S. PALATNIK, WILLIAM
PORTER and KEVIN BUSHBY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CADENCE DESIGN SYSTEMS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. C-08-4966<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO ENLARGE TIME TO ANSWER FIRST AMENDED COMPLAINT** |

1    WHEREAS, the initial complaint in this action was filed on October 29, 2008;

2    WHEREAS, on March 4, 2009, the Court entered an Order consolidating three related cases,
3    appointing Alaska Electrical Pension Fund as the lead plaintiff ("Lead Plaintiff"), and approving the
4    selection of Lead Counsel;

5    WHEREAS, on April 24, 2009, Lead Plaintiff filed a consolidated complaint against
6    defendants Cadence Design Systems, Inc., Michael J. Fister, Kevin S. Palatnik, William Porter, and
7    Kevin Bushby ("Defendants," and, collectively with Lead Plaintiff, the "Parties");

8    WHEREAS, on September 11, 2009, the Court entered an order dismissing the consolidated
9    complaint without prejudice;

10   WHEREAS, on October 13, 2009, Lead Plaintiff filed an amended consolidated complaint (the
11   "First Amended Complaint");

12   WHEREAS, on November 20, 2009, Defendants filed a motion to dismiss the First Amended
13   Complaint;

14   WHEREAS, on March 2, 2010, the Court entered an order denying Defendants' motion to
15   dismiss the First Amended Complaint;

16   WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants are required
17   to serve a responsive pleading within 14 days of the Court's order, in this case, March 16, 2010;

18   WHEREAS, Defendants, in light of the length of the Complaint, have requested an agreement
19   from Plaintiffs to extend the date by which Defendants' Answer must be filed;

20   WHEREAS, the parties, through their respective counsel, have met and conferred and agree
21   that the date by which Defendants must file an Answer to the First Amended Complaint shall be
22   extended to April 30, 2010; and

23   WHEREAS, the stipulated extension will not alter the date of any event or deadline already
24   fixed by Court order;

25   ///
26   ///
27   ///
28   ///

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between Lead Plaintiff and Defendants, that the time in which Defendants must file and serve a response to the First Amended Complaint is extended until April 30, 2010.

DATED: March 12, 2010

GIBSON, DUNN & CRUTCHER LLP

By: /s/
Sally J. Berens

Attorneys for Defendants
CADENCE DESIGN SYSTEMS, INC., MICHAEL J. FISTER, KEVIN S. PALATNIK, WILLIAM PORTER and KEVIN BUSHBY

DATED: March 12, 2010

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/
Shawn A. Williams

Lead Counsel for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA