United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CADENCE DESIGN SYSTEMS, INC. SECURITIES LITIGATION | Case No. 08-4966 SC |
| | ORDER DENYING ADMINISTRATIVE MOTION |
| This Order Relates to: | |
| CASE NOS. 08-4966 SC, 08-5027 SC, and 08-5273 SC | |

    On May 6, 2010, one day prior to the Case Management Conference, Defendant Cadence Design Systems, Inc. ("Cadence") filed a Motion for Partial Summary Judgment and for Judgment on the Pleadings. Docket No. 84 ("MPSJ"). Now before the Court is Plaintiff Alaska Electrical Pension Fund's Administrative Motion to continue indefinitely this MPSJ pursuant to Civil Local Rule 7-11. Docket No. 98. ("Motion"). Cadence has filed an opposition. Docket No. 101.

//
//
//
//
//
//
//

Civil Local Rule 7-11 is intended for "miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge," such as "motions to exceed otherwise applicable page limitations or motions to file documents under seal."  Civ. L. R. 7-11.  The Federal Rules of Civil Procedure provide the appropriate procedure here.  <u>See</u> Fed. R. Civ. P. 56(f).  Accordingly, the Court DENIES Plaintiff's Motion.

IT IS SO ORDERED.

Dated: June 2, 2010    
                       UNITED STATES DISTRICT JUDGE

2