ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
SHIRLEY H. HUANG (206854)
JASON C. DAVIS (253370)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
shirleyh@rgrdlaw.com
jdavis@rgrdlaw.com
        – and –
MAUREEN E. MUELLER (253431)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
mmueller@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CADENCE DESIGN SYSTEMS, INC. SECURITIES LITIGATION ) ) ) ) This Document Relates To:                      ) ) Case Nos. 08-4966 SC, 08-5027 SC ) and 08-5273 SC                               ) ) | No. C-08-4966 SC<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIV. L. R. 6-2 CHANGING TIME FOR HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFFS' FED. R. CIV. P. 56(f) MOTION |

528361_1

1    WHEREAS, on May 6, 2010 defendant Cadence Design Systems, Inc. *et al.* (collectively, "defendants"), filed a Motion for Partial Summary Judgment and for Judgment on the Pleadings ("Motion for Partial Summary Judgment"), setting a hearing date for June 25, 2010.

4    WHEREAS, on June 4, 2010, plaintiffs filed a Motion Pursuant to Fed. R. Civ. P. 56(f) ("Rule 56(f) Motion") and an Opposition to Defendants' Motion for Partial Summary Judgment and for Judgment on the Pleadings, setting a hearing date for the Rule 56(f) Motion for June 25, 2010.

7    WHEREAS, on June 11, 2010, defendants filed their Reply on Motion for Partial Summary Judgment and for Judgment on the Pleadings and Opposition to Plaintiffs' Rule 56(f) Motion.

9    WHEREAS, plaintiffs have requested an agreement from defendants to continue the scheduled June 25, 2010 hearing on defendants' Motion for Partial Summary Judgment until July 9, 2010, or as soon thereafter as convenient for the Court.

12    WHEREAS, the parties have met and conferred and agreed subject to the approval of the Court that the June 25, 2010 hearing on defendants' Motion for Partial Summary Judgment and plaintiffs' Rule 56(f) Motion shall be continued to July 9, 2010, a date that the parties have been advised by the Court that is available for a hearing.

16    NOW THEREFORE, the June 25, 2010 hearing on defendants' Motion for Partial Summary Judgment and plaintiffs' Rule 56(f) Motion shall be continued until July 9, 2010.

DATED: June 17, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
SHIRLEY H. HUANG
JASON C. DAVIS

       s/ Shawn A. Williams
    SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

528361_1

STIP PURSUANT TO C.R.G-2 CHANGING TIME FOR HRG ON DEFS' MOT FOR PARTIAL SUM JDGMT & JDGMT ON PLDGS & PLTFS' FED. R. CIV. P. 56(f) MOTION - C-08-4966 SC — - 1 -

|   |   |
|---|---|
|   | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>MAUREEN E. MUELLER<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
|   | Lead Counsel for Plaintiffs |
| DATED:  June 17, 2010 | GIBSON DUNN & CRUTCHER LLP<br>ETHAN DETTMER |
|   |       s/ Ethan Dettmer<br>ETHAN DETTMER |
|   | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone:  415/393-8200<br>415/393-8306 (fax) |
|   | Attorneys for Defendants |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER PURSUANT TO Civ. L. R. 6-2 CHANGING TIME FOR HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFFS' FED. R. CIV. P. 56(f) MOTION. In compliance with General Order 45, I hereby attest that Ethan D. Dettmer has concurred in this filing.

      s/ Shawn A. Williams
SHAWN A. WILLIAMS

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED:  _____ June 21, 2010 _____    _____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2010.

           s/ Shawn A. Williams
           SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
   & DOWD LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  Shawnw@rgrdlaw.com

528361_1

**Mailing Information for a Case 3:08-cv-04966-SC**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Sally J. Berens**
  sberens@gibsondunn.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Ethan D. Dettmer**
  edettmer@gibsondunn.com,psaunders@gibsondunn.com,mjanky@gibsondunn.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Shirley H. Huang**
  shirleyh@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Matthew Stewart Kahn**
  MKahn@gibsondunn.com

- **Catherine J. Kowalewski**
  katek@rgrdlaw.com

- **Matthew Paul Montgomery**
  mattm@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Timothy Kevin Roake**
  troake@gibsondunn.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Karen T. Rogers**
  krogers@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Jeff S. Westerman**
  jwesterman@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,travisd@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)