1  GIBSON, DUNN & CRUTCHER LLP
   TIMOTHY K. ROAKE, SBN 99539
2  troake@gibsondunn.com
   SALLY J. BERENS, SBN 218880
3  sberens@gibsondunn.com
   1881 Page Mill Road
4  Palo Alto, California 94304
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  ETHAN D. DETTMER, SBN 196046
   edettmer@gibsondunn.com
7  MATTHEW S. KAHN, SBN 261679
   mkahn@gibsondunn.com
8  555 Mission Street, Suite 3000
   San Francisco, California 94105
9  Telephone: (415) 393-8200
   Facsimile: (415) 393-8306
10
   Attorneys for CADENCE DESIGN SYSTEMS,
11 INC., MICHAEL J. FISTER, KEVIN S.
   PALATNIK, WILLIAM PORTER and KEVIN
12 BUSHBY

13

14               UNITED STATES DISTRICT COURT

15        FOR THE NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17

18 In re CADENCE DESIGN SYSTEMS, INC.          CASE NO. C-08-4966 SC
   SECURITIES AND DERIVATIVE
19 LITIGATION                                  CLASS ACTION

20 _____     STIPULATION AND ORDER CONTINUING
                                               STAY AND CASE MANAGEMENT
21                                             CONFERENCE [CIV. L.R. 6-2 & 7-12]

22 This Document Relates To:

23     ALL CASES

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    The parties to these cases have agreed to attend a mediation with Judge Edward Infante (Ret.)

2  scheduled for January 28, 2011.   The parties respectfully request that the Case Management

3  Conference currently scheduled for January 7, 2011 be continued and that the stay continue in place

4  in order to facilitate their settlement efforts.  The parties will update the Court no later than February

5  14, 2011 regarding the status of their settlement efforts and any further relevant information.

6    The parties understand that the Court will set a further case management conference for July

7  8, 2011, and that if any of the parties believe that an earlier case management conference is necessary

8  or appropriate, they will request such an earlier case management conference from the Court in

9  writing.

10  IT IS SO STIPULATED.

11

12  DATED:  January 6, 2011              GIBSON, DUNN & CRUTCHER LLP

13                                        By: _____/s/_____
14                                                    Ethan D. Dettmer

15                                        Attorneys for Cadence Design Systems, Inc.,
                                          Michael J. Fister, Kevin S. Palatnik, William Porter
16                                        and Kevin Bushby

17  DATED:  January 6, 2011              ROBBINS GELLER RUDMAN & DOWD LLP

18

19                                        By: _____/s/_____
                                                    Shawn A. Williams

20                                        Attorneys for Alaska Electrical Pension Fund

21

22  DATED:  January 6, 2011              SKADDEN ARPS SLATE MEAGHER & FLOM LLP

23                                        By: _____/s/_____
24                                                    Garrett J. Waltzer

25                                        Attorneys for Lip-Bu Tan, Alberto Sangiovanni-
                                          Vincentelli, Michael J. Fister, John B. Shoven,
26                                        Donald L. Lucas, George M. Scalise, Roger S. Siboni,
                                          and John A. Swainson

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND ORDER CONTINUING STAY AND CASE MANAGEMENT CONFERENCE          CASE NO. C-08-4966 SC

1 | DATED:  January 6, 2011

HOGAN LOVELLS US LLP

2

3 | By: _____/s/_____
Douglas M. Schwab

4 | Attorneys for William Porter, Kevin S. Palatnik, R.L.
Smith McKeithen, James S. Miller and James J. Cowie

5 | DATED:  January 6, 2011

DLA PIPER US LLP

6

7 | By: _____/s/_____
Noah Katsell

8 | Attorneys for Kevin S. Bushby

9 | DATED:  January 6, 2011

THE WEISER LAW FIRM, P.C.

10

11 | By: _____/s/_____
Kathleen A. Herkenhoff

12

13 | Attorneys for Walter Hamilton

DATED:  January 6, 2011

BARROWAY TOPAZ KESSLER
MELTZER & CHECK LLP

14

15

16 | By: _____/s/_____
Tara Kao

17 | Attorneys for Arash Samani & George Powers

18

19

20 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 | DATED: ____1/7/11____

22 | _____
The Hon[...]
United S[...]

23 | IT IS SO ORDERED
Judge Samuel Conti

24

25

26

27

28

---

STIPULATION AND ORDER CONTINUING STAY AND CASE MANAGEMENT CONFERENCE        CASE NO. C-08-4966 SC

Gibson, Dunn &
Crutcher LLP

1

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

2

　　　Pursuant to General Order No. 45 of the Northern District of California, I attest that

3

concurrence in the filing of this document has been obtained from the other signatory to this

4

document.

5

6

　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Ethan D. Dettmer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND ORDER CONTINUING STAY AND CASE MANAGEMENT CONFERENCE　　　　CASE NO. C-08-4966 SC

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date indicated below, I served the within:

STIPULATION AND ORDER CONTINUING STAY
AND CASE MANAGEMENT CONFERENCE [CIV. L.R. 6-2 & 7-12]

To all interested parties as follows:

☒      **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on January 6, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on January 6, 2011, at San Francisco, California.

_____/s/ Elizabeth Sperry_____
Elizabeth Sperry

100958250_2.DOC

Gibson, Dunn &
Crutcher LLP

STIPULATION AND ORDER CONTINUING STAY AND CASE MANAGEMENT CONFERENCE          CASE NO. C-08-4966 SC