1   THE WEISER LAW FIRM, P.C.
    KATHLEEN A. HERKENHOFF (168562)
2   12707 High Bluff Drive, Suite 200
    San Diego, CA 92130
3   Telephone: 858/794-1441
    Facsimile: 858/794-1450
4   kah@weiserlawfirm.com

5   THE WEISER LAW FIRM, P.C.
    ROBERT B. WEISER
6   BRETT D. STECKER
    JEFFREY J. CIARLANTO
7   121 N. Wayne Avenue, Suite 100
    Wayne, PA 19087
8   Telephone: 610/225-2677
    Facsimile:  610/225-2678

9
    Attorneys for Plaintiff Walter Hamilton
10
    (Additional counsel listed on signature page)
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CADENCE DESIGN SYSTEMS, INC. SECURITIES AND DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C-08-4966 SC<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JULY 8, 2011 CASE MANAGEMENT CONFERENCE TO JULY 22, 2011 TO COORDINATE WITH HEARING ON MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS |
| This Document Relates To:<br><br>    ALL ACTIONS. | |

The Honorable Samuel Conti
Trial Date:    None Set

1  WHEREAS, on July 8, 2010, the Court entered an order staying Case No. C-08-4966 SC (the "Securities Action") to facilitate the parties' efforts to reach a negotiated resolution;

2  WHEREAS, on August 25, 2010, the parties participated in a mediation with the Honorable Edward A. Infante (Ret.), but did not reach a negotiated resolution of this case;

3  WHEREAS, since that time, the parties continued their settlement discussions;

4  WHEREAS, on September 24, 2010, the Court entered an Order relating Case Nos. CV-10-01849-SC, CV-10-03607-SC and CV-10-03627-SC (the "Derivative Actions") to the Securities Action, staying the Derivative Actions pending the Parties' ongoing settlement discussions, and scheduling a case management conference on January 7, 2011;

5  WHEREAS, on January 7, 2011, the Court entered an Order continuing the case management conference ("CMC") until July 8, 2011 and extending the litigation stay in order to facilitate the parties' ongoing settlement efforts;

6  WHEREAS, on February 8, 2011, the parties participated in a further mediation session with the Honorable Edward A. Infante (Ret.), which resulted in an agreement in principle for a negotiated resolution of the Securities Action and the Derivative Actions (collectively the "Actions");

7  WHEREAS, on June 7, 2011, the parties to the Securities Action executed a Stipulation of Settlement ("Securities Stipulation");

8  WHEREAS, on June 7, 2011, the parties to the Derivative Actions executed a Stipulation of Settlement ("Derivative Stipulation");

9  WHEREAS, motions to preliminarily approve the settlements reflected in the Securities Stipulation and the Derivative Stipulation are currently calendared for July 22, 2001 before this Court (the "Preliminary Approval Motions");

10  WHEREAS, on June 20, 2011, the Court denied the joint stipulation submitted by the parties to the Actions to seek an order from the Court shortening the time for the Court to hear the Preliminary Approval Motions;

11  WHEREAS, in order to conserve the resources of the Court and the parties, many of whom have counsel located outside of the San Francisco Bay Area, the parties to both Actions believe that

the July 8, 2011 CMC should be continued to July 22, 2011, at 10:00 a.m., the same date and time as the scheduled hearing on the Preliminary Approval Motions;

WHEREAS, in accordance with Local Rule 6-2(a)(2), the time modifications made to date in the Actions are as follows:

- On November 25, 2008, pursuant to stipulation, the Court entered an Order enlarging defendants' time to respond to the complaint in the Securities Action (Docket No. 7);

- On February 2, 2009, pursuant to stipulation, the Court entered an Order vacating a CMC scheduled for February 6, 2009 in the Securities Action (Docket No. 34);

- On March 10, 2009, pursuant to stipulation, the Court entered an Order setting a schedule for the filing of a consolidated complaint in the Securities Action, defendants' responsive pleadings, and any responses thereto (Docket No. 38);

- On October 20, 2009, pursuant to stipulation, the Court entered an Order setting a schedule for defendants' responsive pleadings to the First Amended Complaint (and any responses thereto) in the Securities Action (Docket No. 56);

- On March 16, 2010, pursuant to stipulation, the Court entered an Order enlarging defendants' time to answer the First Amended Complaint in the Securities Action (Docket No. 75);

- On June 21, 2010, pursuant to stipulation, the Court entered an Order continuing the hearing on defendants' Motion for Partial Summary Judgment in the Securities Action until July 9, 2010 (Docket No. 125);

- On July 7, 2010, pursuant to stipulation, the Court entered an Order staying the Securities Action (Docket No. 131);

- On September 24, 2010, the Court entered an Order staying the Derivative Actions and scheduling a CMC for January 7, 2011 (Docket No. 136);

- On January 7, 2011, pursuant to stipulation, the Court entered an Order continuing the January 7, 2011 CMC until July 8, 2011 and extending the litigation stay (Docket No. 145); and

- On June 20, 2011, the Court denied a stipulation lodged by the parties to the Actions seeking to shorten the time for hearing on the Preliminary Approval Motions (Docket No. 154).

WHEREAS, the parties believe the requested time modification will have no other effect on the current schedule of the litigation of the Actions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil L.R. 6-1(b), by and between the parties, through their respective attorneys of record, based on the foregoing, and subject to the approval of the Court, that:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 8, 2011 CASE MANAGEMENT CONFERENCE TO JULY 22, 2011 TO COORDINATE WITH HEARING ON MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS - **C-08-4966 SC** - 2 -

1. The July 8, 2011 CMC be continued to July 22, 2011, at 10:00 a.m., the same date and time as the hearing on the Preliminary Approval Motions.

DATED: June 24, 2011                          THE WEISER LAW FIRM, P.C.
                                              KATHLEEN A. HERKENHOFF (168562)


                   s/KATHLEEN A. HERKENHOFF
                   KATHLEEN A. HERKENHOFF

12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile: (610) 225-2678

THE SHUMAN LAW FIRM
KIP B. SHUMAN (145842)
RUSTY E. GLENN
885 Arapahoe Ave.
Boulder, CO 80302
Telephone: (303) 861-3003
Facsimile: (303) 484-4886

Attorneys for Plaintiff Walter Hamilton

DATED: June 24, 2011                          ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                              JEFFREY D. LIGHT


                   s/JEFFREY D. LIGHT [w/permission]
                   JEFFREY D. LIGHT

655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423

Attorneys for Alaska Electrical Pension Fund

| | | |
|---|---|---|
| 1 | DATED:  June 24, 2011 | GIBSON, DUNN & CRUTCHER LLP<br>ETHAN D. DETTMER |
| | | |
| | |    s/ETHAN D. DETTMER [w/permission]<br>ETHAN D. DETTMER |
| | | |
| | | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone: 415/393-8200<br>Facsimile:  415/393-8306 |
| | | |
| | | Attorneys for Cadence Design Systems, Inc. (in the Securities and Derivative Actions), and Michael J. Fister, Kevin S. Palatnik, William Porter and Kevin Bushby (in the Securities Actions) |
| | DATED:  June 24, 2011 | SKADDEN ARPS SLATE MEAGHER<br> & FLOM LLP<br>GARRETT J. WALTZER |
| | | |
| | |    s/GARRETT J. WALTZER [w/permission]<br>GARRETT J. WALTZER |
| | | |
| | | 525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone: 650/470-4500<br>Facsimile:  650/470-4570 |
| | | |
| | | Attorneys for Lip-Bu Tan, Alberto Sangiovanni-Vincentelli, Michael J. Fister, John B. Shoven, Donald L. Lucas, George M. Scalise, Roger S. Siboni, and John A. Swainson |
| | DATED:  June 24, 2011 | HOGAN LOVELLS US LLP<br>DOUGLAS M. SCHWAB |
| | | |
| | |    s/DOUGLAS M. SCHWAB [w/permission]<br>DOUGLAS M. SCHWAB |
| | | |
| | | 4 Embarcadero Center 22nd Floor<br>San Francisco, CA 94111<br>Telephone: 415/374-2300<br>Facsimile:  415/374-2499 |
| | | |
| | | Attorneys for William Porter, Kevin S. Palatnik, R.L. Smith McKeithen, James S. Miller and James J. Cowie |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 8, 2011 CASE MANAGEMENT CONFERENCE TO JULY 22, 2011 TO COORDINATE WITH HEARING ON MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS - **C-08-4966 SC**                                                                                                                                                                                                                            - 4 -

| | | |
|---|---|---|
| 1 | DATED: June 24, 2011 | DLA PIPER US LLP<br>SHIRLI FABBRI WEISS |
| | | |
| | | _s/SHIRLI FABBRI WEISS [w/permission]_<br>SHIRLI FABBRI WEISS |
| | | 4365 Executive Drive, Suite 1100<br>San Diego, California 92121-2133<br>Telephone: 858/677-1400<br>Facsimile: 858/677-1401 |
| | | Attorneys for Kevin S. Bushby |
| | DATED: June 24, 2011 | KESSLER TOPAZ MELTZER & CHECK LLP<br>ERIC ZAGAR |
| | | _s/ERIC ZAGAR [w/permission]_<br>ERIC ZAGAR |
| | | 280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>Facsimile: 610/667-7056 |
| | | Attorneys for Arash Samani & George Powers |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The July 8, 2011 CMC is continued to July 22, 2011, at 10:00 a.m.

DATED: 6/29/11

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 8, 2011 CASE MANAGEMENT CONFERENCE TO JULY 22, 2011 TO COORDINATE WITH HEARING ON MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS - **C-08-4966 SC** - 5 -

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following Designated Internet Site at:  http://securities.stanford.edu.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 24, 2011.

    s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
Facsimile: 858/794-1450

E-mail: kah@weiserlawfirm.com

## Mailing Information for a Case 3:08-cv-04966-SC

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Sally J. Berens**
  sberens@gibsondunn.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com

- **Ethan D. Dettmer**
  edettmer@gibsondunn.com,mjanky@gibsondunn.com,bsperry@gibsondunn.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Matthew Stewart Kahn**
  MKahn@gibsondunn.com,jyott@gibsondunn.com,LChiou@gibsondunn.com

- **Matthew Paul Montgomery**
  mattm@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kristid@blbglaw.com,amyn@blbglaw.com,PaulJ@blbglaw.com,jessica.cuccurullo@blbglaw.com,kayem@blbglaw.com,Ben

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Timothy Kevin Roake**
  troake@gibsondunn.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Karen T. Rogers**
  krogers@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Jeff S. Westerman**
  jwesterman@milberg.com,cchaffins@milberg.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Eric L. Zagar**
  ezagar@ktmc.com,jyemm@ktmc.com,der_filings@ktmc.com,rwinchester@ktmc.com,dtewksbury@ktmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
```