IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CADENCE DESIGN SYSTEMS, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> CASE NOS. 08-4966 SC, 08-5027 SC, AND 08-5273 | Case No. C-08-4966 SC <br><br> ORDER FOR SUPPLEMENTAL BRIEFING |

Now before the Court is Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement. ECF No. 169 ("Mot."). During the Court's February 24, 2012 hearing on the Motion, the Court asked the parties to provide additional information concerning the number of claim forms received in response to the notice provided to the class members. ECF No. 177. Plaintiffs recently informed the Court that the Claims Administrator has received 7,453 proofs of claim. This information is not altogether helpful since it is still unclear how much each claimant stands to gain from the proposed settlement or what proportion of shareholders have actually submitted a claim. Accordingly, the Court ORDERS that Plaintiffs submit further supplemental briefing on this issue.

The supplemental briefing shall include the following

information: the total, average, and median number of Cadence shares held by the 7,453 claimants during the class period; the highest and lowest number of shares held by any one claimant during the class period; the total number of shares implicated in this class action; the average loss per share incurred by the class members during the class period; and the average recovery per share that the claimants stand to gain from the proposed settlement (assuming that the Court grants Plaintiff's motion for attorney's fees and other expenses). Plaintiffs shall submit this information within fourteen (14) days of this Order.

IT IS SO ORDERED.

Dated: March 19, 2012



UNITED STATES DISTRICT JUDGE